UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LESLIE K. FOWLER,**

   **Plaintiff,**

vs.                 Case No.: 8:09-CV-1368-T-27MAP

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

   **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 21) recommending that Franklin J. Fowler and Barbara L. Fowler's unopposed Motion for Substitution of Parties (Dkt. 20) be granted. No party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. 21) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Motion for Substitution of Parties (Dkt. 20) is **GRANTED** in part. Franklin J. Fowler and Barbara L. Fowler's substitution is limited to seeking review of the Commissioner's denial of Leslie K. Fowler's claim for Social Security disability insurance benefits.

3) The Clerk is directed to amend the style of the case to reflect that Franklin J. Fowler and

Barbara L. Fowler have been substituted as party Plaintiffs in place of Leslie K. Fowler.

**DONE AND ORDERED** in chambers this 9th day of February, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record